463 A.2d 63

In re Estate of Paul Ciaffoni.

Appeal of Robert J. Ciaffoni, Decedent's son.

Argued April 28, 1983. Claude Falkenhan and Robert J. Ciaffoni, appellant, in propria persona; Robert L. Ceisler, for participating parties.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Order affirmed.